BU14WAC 25,

EXHIBIT "A"
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07
```

---------------------------------------x

ENCARNITA ASCUNCION,

        Plaintiff,

    -against-                                                     06-CV-13278(NRB)(MHD)

LYNNE JACOBS and AVERY SCHEINER,

        Defendants.

---------------------------------------x

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all the parties herein, that this action is dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: May 11, 2007
      New York, New York

_____  6/11/07
Haeyoung Yoon (HY____),
Attorney for Plaintiff
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038

_____  5/10/07
Joseph M. Labuda (JL-5213)
Attorney for Defendants
MILMAN & HEIDECKER
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

SO ORDERED:  _____
Naomi Buchwald
U.S.D.J.
        6/11/07

7